JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
HKM EMPLOYMENT ATTORNEYS LLP
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE BETANCOURT, An Individual<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Foreign Limited Liability Company d/b/a The Cosmopolitan of Las Vegas, DOES I-X; ROE CORPORATIONS I-X.<br><br>Defendants. | CASE NO. **2:17-cv-02452-RFB-VCF** |

## STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
## (FIRST REQUEST)

Plaintiff JOSE BETANCOURT ("Plaintiff"), by and through his attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant NEVADA PROPERTY 1 LLC ("Defendant"), by and through its attorney, SCOTT M. ABBOTT, ESQ., of KAMER ZUCKER ABBOTT, hereby stipulate and agree as follows:

1. That Plaintiff's Opposition to Defendant's Motion to Dismiss, filed on November 30, 2017, which Opposition is currently due by December 14, 2017, be extended until January 4, 2018.

2. That Defendant's Reply in support of its Motion to Dismiss be extended until January 25, 2018.

3. This extension of time request is made in good faith and not for purposes of delay. The parties have requested this extension of time due to the upcoming holidays and counsels' respective other pre-existing calendar commitments.

4. This is the first request for an extension of time in this matter.

Dated this __13th__ day of December, 2017.   Dated this __13th__ day of December, 2017.

**HKM Employment Attorneys LLP**          **Kamer Zucker Abbott**

/s/ Jenny L. Foley                         /s/ Scott M. Abbott
Jenny L. Foley, Esq.                       Scott M. Abbott, Esq.
Nevada Bar No. 9017                        Nevada Bar No. 4500
1785 East Sahara Ave, Suite 325            3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89104                    Las Vegas, Nevada 89102
*Attorney for Plaintiff*                   *Attorney for Defendant*

IT IS SO ORDERED;

_____
UNITED STATES DISTRICT JUDGE

DATED: __December 15, 2017__