1 | KAMER ZUCKER ABBOTT
2 | Scott M. Abbott          #4500
  | Kaitlin H. Ziegler       #13625
3 | 3000 West Charleston Boulevard, Suite 3
  | Las Vegas, Nevada 89102-1990
  | Tel: (702) 259-8640
4 | Fax: (702) 259-8646
  | sabbott@kzalaw.com
5 | kziegler@kzalaw.com

6 | Attorneys for Defendant
  | Nevada Property 1 LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE BETANCOURT, an Individual,   ) | Case No. 2:17-cv-02452-RFB-VCF |
|    ) | |
| Plaintiff,   ) | |
|    ) | |
| vs.   ) | **STIPULATION AND ORDER TO** |
|    ) | **STAY PROCEEDINGS PENDING** |
| NEVADA PROPERTY 1 LLC, a Foreign   ) | **RESOLUTION OF DEFENDANT'S** |
| Liability Company d/b/a The Cosmopolitan of   ) | **MOTION TO DISMISS** |
| Las Vegas; DOES I-X; ROE CORPORATIONS   ) | |
| I-X,   ) | **(First Request)** |
|    ) | |
| Defendants.   ) | |
| _____) | |

Plaintiff Jose Betancourt ("Plaintiff"), by and through his counsel of record, the law firm of HKM Employment Attorneys LLP, and Defendant Nevada Property 1 LLC d/b/a The Cosmopolitan of Las Vegas ("Defendant"), by and through its counsel of record, the law firm of Kamer Zucker Abbott, stipulate and request that the Court stay these proceedings pending resolution of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) (ECF No. 5).  In support of this Stipulation and Request, the parties state as follows:

1. Defendant filed its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) ("Motion") on November 30, 2017. (ECF No. 5).

2. On December 15, 2017, the Court granted the parties' Stipulation and Order to Extend Deadlines for Opposition and Reply in Support of Defendant's Motion to Dismiss.  (ECF No. 8).

3. Plaintiff filed his Opposition to Motion to Dismiss on January 4, 2018 (ECF No. 9), and Defendant filed its Reply in Support of Its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) on January 25, 2018 (ECF No. 10).

4. Based on the disposition of Defendant's Motion to Dismiss, this case may be dismissed in whole or in part or allowed to proceed in its current form. Accordingly, the parties believe it would be prudent to stay proceedings in this matter to conserve expenditures and resources until a decision is made on Defendant's Motion. The parties agree that, if this case survives the Motion to Dismiss, they will conduct their Rule 26(f) conference and submit a proposed discovery plan and scheduling order within thirty (30) days after decision on the Motion.

5. This request to stay proceedings is not sought for any improper purpose or other reason of delay. Rather, it is sought only conserve the parties' respective resources while awaiting the Court's decision on Defendant's pending Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that the Court stay proceedings in this case until the resolution of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6).

DATED this 25th day of January, 2018.

HKM EMPLOYMENT ATTORNEYS LLP

By: /s/ *Jenny L. Foley*

Jenny L. Foley, Esq.      #9017
1785 East Sahara Avenue, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893

Attorney for Plaintiff
Jose Betancourt

DATED this 25th day of January, 2018.

KAMER ZUCKER ABBOTT

By: /s/ *Scott M. Abbott*

Scott M. Abbott, Esq.      #4500
Kaitlin H. Ziegler, Esq.  #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
Nevada Property 1 LLC d/b/a
The Cosmopolitan of Las Vegas

**IT IS SO ORDERED.**

February 16, 2018

**DATE**

RICHARD F. BOULWARE, II
**UNITED STATES DISTRICT JUDGE**