UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE BETANCOURT,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEVADA PROPERTY 1 LLC,<br><br>    Defendant(s). | Case No.: 2:17-cv-02452-RFB-VCF<br><br>**Order**<br><br>[Docket No. 24] |

Pending before the Court is a stipulation to reschedule the Early Neutral Evaluation ("ENE"), Docket No. 24, which is **DENIED** without prejudice.

The Court's order setting the ENE clearly set out the procedure for requesting a change of date for the ENE, which the parties failed to follow. Docket No. 23 at 1 n.1. Further, the date suggested by the parties, one month prior to the discovery cut-off, frustrates the purpose of the ENE program. *See* LR 16-6. Finally, the parties request separate types of relief in the same stipulation, in violation of LR IC 2-2(b). Accordingly, the parties' stipulation, Docket No. 24, is **DENIED** without prejudice. Any renewed request to change the date of the ENE and/or for exemption from personal appearance shall be filed no later than 12:00 p.m. on September 14, 2018 and shall comply in full with all orders and rules of the Court.

IT IS SO ORDERED.

Dated: September 13, 2018

                                                                       Nancy J. Koppe<br>
                                                                       United States Magistrate Judge