# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE BETANCOURT, | Case No.: 2:17-cv-02452-RFB-VCF |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 26] |
| NEVADA PROPERTY 1 LLC, | |
| Defendant(s). | |

Pending before the Court is a stipulation to reschedule the Early Neutral Evaluation ("ENE"), Docket No. 26, which is **DENIED**.

The dates suggested by the parties, other than October 8, 2018 (which is a federal holiday), are within close proximity of the discovery cut-off, again frustrating the purpose of the ENE program. *See* LR 16-6. Therefore, the Court sets the ENE for October, 4, 2018 at 9:30 a.m. The settlement briefs are due on September 27, 2018, no later than 3:00 p.m. All other requirements set forth in the order at Docket No. 23 remain. If the parties are unavailable to attend on October 4, 2018, they must file a request to vacate the ENE no later than September 21, 2018.

IT IS SO ORDERED.

Dated: September 14, 2018

_____
Nancy J. Koppe
United States Magistrate Judge