# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE BETANCOURT, | Case No.: 2:17-cv-02452-RFB-VCF |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 28] |
| NEVADA PROPERTY 1 LLC, | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the start time for the Early Neutral Evaluation ("ENE"), Docket No. 28, which is **DENIED**. The Court clearly stated that if the parties are unable to attend on October 4, 2018 at 9:30 a.m., they must file a request to vacate the ENE no later than September 21, 2018. Docket No. 27. A hearing that was scheduled after this ENE does not constitute good cause to delay the start time of the ENE.

IT IS SO ORDERED.

Dated: October 3, 2018

Nancy J. Koppe
United States Magistrate Judge