1    KAMER ZUCKER ABBOTT
     Scott M. Abbott          #4500
2    Kaitlin H. Paxton         #13625
     3000 West Charleston Boulevard, Suite 3
3    Las Vegas, Nevada 89102-1990
     Tel: (702) 259-8640
4    Fax: (702) 259-8646
     sabbott@kzalaw.com
5    kpaxton@kzalaw.com

6    Attorneys for Defendant/Counterclaimant
     Nevada Property 1 LLC

7

8              **UNITED STATES DISTRICT COURT**
                **DISTRICT OF NEVADA**
9

| | |
|---|---|
| 10   JOSE BETANCOURT, an Individual,    ) | Case No. 2:17-cv-02452-RFB-VCF |
|                          ) | |

10                 Plaintiff,     )

11   vs.                            )

12   NEVADA PROPERTY 1 LLC, a Foreign   )
     Liability Company d/b/a The Cosmopolitan of   )
13   Las Vegas,                       )

14               Defendant.    )

15   NEVADA PROPERTY 1 LLC, a Delaware   )     **STIPULATION FOR DISMISSAL**
     limited liability company, d/b/a The       )     **WITH PREJUDICE**
16   Cosmopolitan of Las Vegas,        )

17             Counterclaimant,   )

18   vs.                            )

     JOSE BETANCOURT,           )
19

              Counterdefendant.   )
20

21         Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through

22   their respective counsel of record, hereby stipulate and request that the above-captioned case be

23   dismissed in its entirety *with prejudice*. The parties are to bear their own attorney's fees and costs, except

24   as otherwise provided.

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own attorney's fees and costs, except as otherwise provided.

DATED this 14th day of May 2019.

HKM EMPLOYMENT ATTORNEYS LLP        KAMER ZUCKER ABBOTT

By:    /s/ *Jenny L. Foley*                    By:     /s/ *Scott M. Abbott*
    Jenny L. Foley        #9017              Scott M. Abbott        #4500
    Marta D. Kurshumova   #14728             Kaitlin H. Paxton      #13625
    1785 East Sahara Avenue, Suite 300         3000 West Charleston Boulevard, Suite 3
    Las Vegas, Nevada 89104                    Las Vegas, Nevada 89102
    Tel: (702) 625-3893                        Tel: (702) 259-8640
    Fax: (702) 625-3893                        Fax: (702) 259-8646

    Attorneys for Plaintiff/Counterdefendant   Attorneys for Defendant/Counterclaimant
    Jose Betancourt                            Nevada Property 1 LLC

**IT IS SO ORDERED.**

May 15, 2019
**DATE**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE